1 | LOUIS G. FAZZI, ESQ. SBN 84362
2 | 222 N. Mountain Ave., Suite 108
  | Upland, CA 91786
  | 909-237-6214
3 | louisfazzi@yahoo.com
4 | Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESERVATION AVIATION, INC., JEFFREY PEARSON, and ANN PEARSON<br><br>           Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>           Defendants. | Case No.: SACV 07-1219 SJO (AJWx)<br><br>**STIPULATION DISMISSING ACTION AS TO LOS ANGELES COUNTY DEFENDANTS** |

**WHEREAS** Plaintiffs and Defendants Los Angeles County Department of Health, Kathleen Kaufman and Stephen Doerfler have reached an agreement regarding settlement of this action as between themselves only, and therefore

**IT IS HEREBY STIPULATED**, by and between the parties hereto, through their respective attorneys of record, that this action be and is hereby dismissed as to Defendants Los Angeles County Department of Health, Kathleen Kaufman and Stephen Doerfler <u>ONLY</u>, each party to bear their own costs and fees.

///

///

---

1
**STIPULATION DISMISSING ACTION AS TO LOS ANGELES COUNTY DEFENDANTS**

1  Dated: June 16, 2009

/s/
Louis G. Fazzi, Esq.
Attorney for Plaintiff(s)


Ford, Walker, Haggerty & Behar

/s/
By: Joseph A. Heath, Esq.
Attorney for Defendants Los Angeles County Department of Health, Kathleen Kaufman and Stephen Doerfler


/s/
THOMAS P. O'BRIEN
United States Attorney
JONATHAN B. KLINCK, AUSA

Attorneys for Defendant and Counterclaimant United States

EDMUND G. BROWN JR.,
Attorney General of the State of California

By : /s/
ERIC D. BATES,
Deputy Attorney General

Attorneys for Defendants California Department of Public Health, Robert Greger, Paul Baldenweg

---

2
**STIPULATION DISMISSING ACTION AS TO LOS ANGELES COUNTY DEFENDANTS**