**LOUIS G. FAZZI, ESQ. SBN 84362**
**222 N. Mountain Ave., Suite 108**
**Upland, CA 91786**
**909-237-6214**
louisfazzi@yahoo.com

Attorney for Plaintiffs

**DENIED**
BY ORDER OF THE COURT

6/16/09   sjo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESERVATION AVIATION, INC., JEFFREY PEARSON, and ANN PEARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATES OF AMERICA, et al.<br><br>Defendants. | Case No.: SACV 07-1219 SJO (AJWx)<br><br>**REQUEST FOR DISMISSAL AND ORDER** |

**COME NOW PLAINTIFFS**, who having reached agreement with the following Defendants, voluntarily dismiss Defendants Los Angeles County Department of Health, Kathleen Kaufman and Stephen Doerfler, with prejudice, each party to bear their own costs and fees.

Dated: June 16, 2009

/s/
Louis G. Fazzi, Esq.
Attorney for Plaintiff(s)

///
///
///
///
///

---

1
**REQUEST FOR DISMISSAL BY PLAINTIFFS**

1 **ORDER**

2 For good cause shown, **IT IS HEREBY ORDERED** that this action is
3 dismissed, with prejudice, as to Defendants Los Angeles County Department of
4 Health, Kathleen Kaufman and Stephen Doerfler <u>only</u>.

6 Dated: June ___, 2009

_____
S. James Otero, Judge
United States District Court